IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

MICHAEL KELLY, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

FIRST ADVANTAGE BACKGROUND SERVICES CORP.,

    Defendant.

Case No. 3:15-cv-05813-MAS-TJB

RECEIVED
JAN 0 6 2017
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## JOINT STATUS REPORT

Plaintiff Michael Kelly and Defendant First Advantage Background Services Corp., by their counsel, hereby provide this Joint Status Report pursuant to the Court's November 16, 2016 Order.

Following the November 16, 2016 telephone conference in this matter, the Parties continued to discuss a class-wide settlement of this matter and engaged in the limited discovery necessary to facilitate those discussions. On January 3, 2016, the parties reached an agreement in principle regarding settlement. In order to allow the Parties time to reduce this agreement to writing and to draft corollary documents including appropriate notice to the settlement class, the Parties jointly propose to file a Motion for Preliminary Approval of the settlement no later than February 17, 2017.

| | |
|---|---|
| **MICHAEL KELLY** | **FIRST ADVANTAGE BACKGROUND SERVICES CORP.** |
| By: /s/ *James A. Francis*<br>James A. Francis, Esq.<br>FRANCIS & MAILMAN, P.C.<br>Land Title Building, 19th Floor<br>100 South Broad Street<br>Philadelphia, PA 19110<br>Telephone: (215) 735-8600<br>jfrancis@consumerlawfirm.com<br><br>Counsel for Plaintiff | By: /s/ *Frederick T. Smith*<br>Frederick T. Smith<br>fsmith@seyfarth.com<br>Megan H. Poonolly<br>mpoonolly@seyfarth.com<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E.<br>Suite 2500<br>Atlanta, Georgia 30309-3958<br>Telephone: (404) 885-1500<br>Facsimile: (404) 892-7056<br><br>Counsel for Defendant |

Date:   January 5, 2017

So Ordered this 6th day of January, 2017