IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

RECEIVED

FEB 14 2017

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

MICHAEL KELLY, on behalf of himself and all others similarly situated,

*Plaintiff,*

v.

FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC. d/b/a FIRST ADVANTAGE BACKGROUND SERVICES CORP.,

*Defendant.*

Case No. 3:15-cv-05813-MAS-TJB

## [PROPOSED] ORDER EXTENDING TIME FOR FILING OF MOTION FOR PRELIMINARY APPROVAL

Pursuant to an agreement of the the Parties, the date by which the Parties shall file a Motion for Preliminary Approval of their settlement shall be extended from Feburary 17, 2016 to and including March 3, 2017.

So Ordered this 14th day of February, 2017.

_[signature]_