UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CESAR ALFARO, et al.,

        Plaintiffs,

v.

FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC.,

        Defendant.

Civil Action No. 15-5813 (MAS) (TJB)

**ORDER**

This matter comes before the Court upon Plaintiff Michael Kelly's ("Plaintiff Kelly") Motion for Preliminary Approval of Class Action Settlement, on himself and all others similarly situated. (ECF No. 55.) Defendant First Advantage LNS Screening Solutions, Inc. ("Defendant") did not oppose the Motion. The Court has carefully considered the Plaintiff Kelly's submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

IT IS on this 16th day of August 2017, **ORDERED** that:

1. The following class of plaintiffs ("Settlement Class") is provisionally certified for settlement purposes only:

   All natural persons residing in the United States (including all territories and other political subdivisions of the United States) (a) who were the subject of a consumer report furnished to a third party by [Defendant] using its Advantage Direct platform, (b) that was furnished for an employment purpose, (c) that contained at least one record of a civil lien, bankruptcy or judgment from TransUnion, LLC, (d) on or after January 1, 2013 through December 31, 2015 and (e) to whom [Defendant] did not place in the United States mail postage pre-paid, on the day it furnished any part of the report containing the public record, a written notice that it was furnishing the subject report and containing the name of the person that was to receive the report.

2. The settlement agreement with Defendant is PRELIMINARILY APPROVED.

3. The Court approves the method of notice and plan of distribution to be provided to the Settlement Class that is described in Part II.A of Plaintiff Kelly's Memorandum of Law in Support of the Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 55-1).

4. The Court appoints the Interim Settlement Counsel as Settlement Class Counsel and appoints the Interim Liaison Counsel as Liaison Counsel.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**