UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| MICHAEL KELLY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.<br><br>Defendant. | Case No. 3:15-cv-05813-MAS-TJB |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff Michael Kelly hereby seeks final approval of the class action settlement preliminarily approved by this Court by Order dated August 16, 2017 (ECF 58).

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**
*s/ James A. Francis*
James A. Francis
John Soumilas
David A. Searles
Lauren KW Brennan
100 S. Broad Street, Suite 1902
Philadelphia, PA 19110
(215) 735-8600

Kristi Cahoon Kelly
**KELLY & CRANDALL, PLC**
4084 University Drive, Suite 202A
Fairfax, VA 22030
(703) 424-7572

1

Leonard A. Bennett
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601

*Attorneys for Plaintiff and the Class*