# EXHIBIT A

| Name | Postmark Date | Receipt Date |
|---|---|---|
| LATISHA PANJWANI | 09/21/2017 | 09/25/2017 |
| JERETHA MARBURY | 11/02/2017 | 11/06/2017 |
| ALLEN DAVIS | 11/13/2017 | 11/16/2017 |