UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| MICHAEL KELLY, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.<br><br>   Defendant. | Case No. 3:15-cv-05813-MAS-TJB |

## MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Plaintiff Michael Kelly hereby moves this Court for an award of attorneys' fees and reimbursement of expenses pursuant to the settlement of this matter. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

Date: December 29, 2015

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**
*s/ James A. Francis*
James A. Francis
John Soumilas
David A. Searles
Lauren KW Brennan
100 S. Broad Street, Suite 1902
Philadelphia, PA 19110
(215) 735-8600

Kristi Cahoon Kelly
**KELLY & CRANDALL, PLC**
4084 University Drive, Suite 202A
Fairfax, VA 22030
(703) 424-7572

Leonard A. Bennett
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
*Attorneys for Plaintiff and the Class*