# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON　　　　　　　　　　　　　　　　**DATE:** JANUARY 25, 2018

**JUDGE:** MICHAEL A. SHIPP

**COURT REPORTER:** CATHY FORD

**TITLE OF CASES:**
MICHAEL KELLY　　　　　　　　　　　　　　　　**CIVIL ACTION #** 15-5813 (MAS)
　　　vs.
FIRST ADVANTAGE LNS
SCREENING SOLUTIONS INC., et al

**APPEARANCES:**
Jim Francis, Esq. for Plaintiff/Class
Frederick T. Smith, Esq. for Defendant

**NATURE OF PROCEEDINGS:** FAIRNESS HEARING
Plaintiff moved to amend the caption to correctly list Michael Kelly as the Class Plaintiff; ordered caption to be amended.
Hearing on [63] Motion for Final Approval of Class Action Settlement and [65] Motion for Attorneys' Fees and Reimbursement of Expenses.
Terms of the settlement read into the record.
Ordered final approval of settlement and attorneys' fees reserved pending the Court's receipt and review of a signed Affidavit from Plaintiff as set forth on the record.

Time Commenced: 11:10 AM
Time Adjourned:　11:45 AM
Total Time:　35 min

　　　　　　　　　　　　　　　　　　　　　　　　s/ Gina Hernandez-Buckley
　　　　　　　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**