UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

MICHAEL KELLY, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

FIRST ADVANTAGE BACKGROUND SERVICES CORP.

    Defendant.

Case No. 3:15-cv-05813-MAS-TJB

## ORDER

AND NOW, this 1st day of February, 2018, upon consideration of Plaintiff's Motion for Award of Attorneys' Fees and Reimbursement of Expenses, it is **HEREBY ORDERED** that Class Counsel is awarded fees and costs in the amount of $250,000.00. Defendant shall pay such sums in accordance with the terms of the Settlement Agreement.

BY THE COURT:

Date: 2/1/18

_____
MICHAEL A. SHIPP, U.S.D.J.